BAPTIST *v.* THE STATE.

DUNHAM, WYLLY, DORSEY, UNDERWOOD, and CURRY *v.* THE STATE.

GOLDEN, GORDON, and ELVERSON *v.* THE STATE.

MCDONALD, THOMPSON, PETTY, and BAILEY *v.* THE STATE.

ROSS, ALEXANDER, SEAGROVES, and JOHNSON *v.* THE STATE.

TIMMONS, TURNER, and MIFFLIN *v.* THE STATE.

COBB, J. These cases are controlled by the decision this day rendered in *Green et al.* v. *The State.*

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., and Fish, J., who dissent solely for the reason stated in the dissenting opinion filed in the main case.*

Argued January 15, — Decided January 26, 1900.